UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:   Chapter 13
  16-41238-TJT
Buster Adkins, Jr.   Judge Tucker

Debtor(s)
_____/

## NOTICE OF APPEARANCE OF SCHNEIDERMAN & SHERMAN, P.C. AS COUNSEL FOR FLAGSTAR BANK, FSB

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

The firm of SCHNEIDERMAN & SHERMAN, P.C., pursuant to Bankruptcy Rule 9010, hereby enters its appearance as attorneys for Flagstar Bank, FSB, and requests that its name be added to the mailing matrix, and that it be sent copies of all pleadings, notices, and papers filed or served in this case, or required to be served in this case, under the Bankruptcy Code or Bankruptcy Rules.

This appearance shall act as the appearance of every member of Schneiderman & Sherman, P.C., and is not limited to the attorneys listed below.

SCHNEIDERMAN & SHERMAN, P.C.

By: /S/ Michael P. Hogan
Michael P. Hogan P63074
mhogan@sspclegal.com
Attorney for
Flagstar Bank, FSB
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400